# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-8152 PA (Ssx) | Date | July 13, 2011 |
|---|---|---|---|
| Title | Delia Guillen v. Downey Savings and Loan Association, F.A., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** Order to Show Cause Re: Dismissal for Lack of Prosecution

The Court is in receipt of the "Request for Extension" filed by pro se plaintiff Delia Guillen ("Plaintiff"). On June 23, 2011, this Court issued an order to show cause why this action should not be dismissed for lack of prosecution, given that Defendants had not yet filed an answer to the complaint. (Docket No. 37.) Plaintiff has responded by asking for an extension of time to "further conduct an exhaust[ive] investigation." (Request at 1.)

The Court finds that Plaintiff's response to the order to show cause is inadequate. The Court will therefore dismiss this action without prejudice if, by July 25, 2011, Plaintiff has not properly filed and served a Request for Entry of Default. Failure to satisfactorily respond to the order to show cause may result in the imposition of sanctions, including, but not limited to, the dismissal of this action without further warning from the Court.

IT IS SO ORDERED.